In the Matter of GENT UNIFORM RENTAL CORP., Appellant, v COUNTY OF SUFFOLK DEPARTMENT OF LABOR, Respondent. (Proceeding No. 1.)

In the Matter of GENT UNIFORM RENTAL CORP., Appellant, v COUNTY OF SUFFOLK et al., Respondents. (Proceeding No. 2.)

Decided September 23, 2010

Appeal, insofar as taken from that part of the Appellate Division order that affirmed so much of Supreme Court's order and judgment as dismissed the proceeding in *Matter of Gent Uniform Rental Corp. v County of Suffolk,* dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that, as to that part of the order, no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remainder of the Appellate Division order does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of KATHLEEN K., a Child Alleged to be Permanently Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN K., Appellant. (Proceeding No. 1.)

In the Matter of RACHEL K., a Child Alleged to be Permanently Neglected. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN K., Appellant. (Proceeding No. 2.)

Submitted September 7, 2010; decided September 23, 2010

Motion to enlarge record on appeal denied as unnecessary upon the ground that the material sought to be added is subject to judicial notice.